MARK LYTHGOE, Appellant, *v.* MARTHA LYTHGOE et al., Appellants, et al., Respondents.

(Argued March 19, 1895; decided April 9, 1895.)

APPEAL from so much of judgment of the General Term of the Supreme Court in the first judicial department, entered

upon an order made January 12, 1894, as affirmed an interlocutory judgment awarding dower to the defendant Maria Linden, entered upon an order of Special Term confirming the report of a referee.

*A. J. Skinner* and *L. A. Gould* for appellant.

*Edward S. Peck* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.